**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) __Cynthia L Berry & Anthony D Berry__ Case No. __18 B 23255__ Chapter __13__

All Cases: Moving Creditor __AmeriCredit Fin. Svcs. Inc., d/b/a GM Financial__ Date Case Filed __8/17/18__

Nature of Relief Sought: ☑ Lift Stay ☐ Annul Stay ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed __10/19/18__

Chapter 7: ☐ No-Asset Report Filed on _____
　　　　　　☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☐ Home
   b. ☑ Car　Year, Make, and Model __2014 Buick Enclave__
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date $ __33,554.06__
   Total of all other Liens against Collateral $ _____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $ __15,225.00__

5. Default
   a. ☐ Pre-Petition Default
      Number of months _____　Amount $ _____
   b. ☐ Post-Petition Default
      i. ☐ On direct payments to the moving creditor
         Number of months _____　Amount $ _____
      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____　Amount $ _____

6. Other Allegations
   a. ☑ Lack of Adequate Protection § 362(d)(1)
      i. ☑ No insurance
      ii. ☐ Taxes unpaid　Amount $ _____
      iii. ☑ Rapidly depreciating asset
      iv. ☐ Other (describe) _____
   b. ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)
   c. ☑ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) _____
      ii. ☐ Multiple Filings
      iii. ☑ Other (describe) __Plan amended to surrender vehicle__
   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm　ii ☐ Redeem　iii. ☐ Surrender　iv. ☐ No Statement of Intention Filed

Date: __4/9/21__　　　　　　　　　　__/s/ Cari A. Kauffman__
　　　　　　　　　　　　　　　　　　Counsel for Movant

(Rev. 12 /21/09)